UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ELLIOTT D. LEVIN, as Chapter 7 Trustee for One Star Long Distance, Inc., | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) | 3:15-cv-00049-RLY-DKL |
| VERIZON BUSINESS GLOBAL, LLC, as successor to MCI, Inc., | ) ) ) | |
| Appellee. | ) ) | |
| _____ | ) ) | |
| IN RE: ONESTAR LONG DISTANCE, INC., | ) | Bankruptcy Case. No. 03-72697 |
| Debtor. | ) ) | |
| _____ | ) ) | |
| ELLIOTT D. LEVIN, as Chapter 7 Trustee for OneStar Long Distance, Inc., | ) ) ) | |
| Plaintiff. | ) ) | |
| vs. | ) ) | Adversary Proceeding No. 05-07061 |
| VERIZON BUSINESS GLOBAL, LLC, as successor to MCI, Inc., | ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

Consistent with the court's ruling today, the Judgment of the Bankruptcy Court is **AFFIRMED**.

**SO ORDERED** this 28th day of March 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

1

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.